Certificate Number: 15317-PAE-DE-028565930

Bankruptcy Case Number: 12-16307



15317-PAE-DE-028565930

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 3, 2017</u>, at <u>1:38</u> o'clock <u>PM PST</u>, <u>Deborah L James</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 3, 2017</u>

By:  <u>/s/Jerry Fajardo</u>

Name:  <u>Jerry Fajardo</u>

Title:  <u>Counselor</u>