UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 12 - 16307 |
| Deborah L. James | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Magdeline D. Coleman |
| | : | |

## ORDER

AND NOW, this 19th day of January, 2017, upon consideration of Debtor's Motion to Terminate Wage Order, and any responses thereto, it is hereby ORDERED and DECREED that this May 17, 2013 Wage Order is TERMINATED.

BY THE COURT:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. James
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Employer: U.S. Department of Defense