United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-16307-mdc
Deborah L. James                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Jan 19, 2017
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db               Deborah L. James,    Kemble Park Apts,    5700 Ogontz Avenue,    Apt #407A,
                 Philadelphia, PA 19141-1217
                 U.S. Department of Defense,    attn: Payroll Dept.,    700 Robbins Street,
                 Philadelphia, PA 19111-5008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              D. TROY SELLARS   on behalf of Creditor    SOVEREIGN BANK, N.A. D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK   on behalf of Creditor    SOVEREIGN BANK, N.A. AS SERVICER FOR THE MORTGAGEE OF
               RECORD paeb@fedphe.com
              JEROME B. BLANK   on behalf of Creditor    SOVEREIGN BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARIO J. HANYON   on behalf of Creditor    Sovereign Bank, N.A. F/K/A Sovereign Bank
               paeb@fedphe.com
              RONALD G. MCNEIL   on behalf of Debtor Deborah L. James r.mcneill@verizon.net
              THOMAS I. PULEO   on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 9

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

```
                                    :
In re                               :        Case No.  12 - 16307
    Deborah L. James                 :                    (Chapter 13)
                    Debtor.          :
                                    :        Hon. Magdeline D. Coleman
                                    :
```

## ORDER

AND NOW, this  19th  day of   January, 2017, upon consideration of Debtor's

Motion to Terminate Wage Order, and any responses thereto,  it is hereby

ORDERED and DECREED that this May 17, 2013 Wage Order is

TERMINATED.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. James
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Employer: U.S. Department of Defense