UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                              :    Case No. 12 - 16307
   Deborah L. James          :                    (Chapter 13)
       Debtor.              :
                                  :    Hon. Magdeline D. Coleman
                                  :

## ORDER

AND NOW, this 29th day of June, 2017, upon consideration of Debtor's Motion for Return of Unclaimed Funds, and any responses thereto, it is hereby ORDERED that:

a)   Debtor's Motion for Return of Unclaimed Funds is APPROVED; and

b)   the Clerk shall release the unclaimed funds of $54.52 (Receipt Number 247959) to Debtor.

BY THE COURT:

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. James
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: