United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-16307-mdc
Deborah L. James                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer          Page 1 of 1           Date Rcvd: Jul 05, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db             Deborah L. James,   Kemble Park Apts,   5700 Ogontz Avenue,   Apt #407A,
                Philadelphia, PA  19141-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
              D. TROY SELLARS    on behalf of Creditor    SOVEREIGN BANK, N.A. D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    SOVEREIGN BANK, N.A, AS SERVICER FOR THE MORTGAGEE OF
               RECORD paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    SOVEREIGN BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Sovereign Bank, N.A. F/K/A Sovereign Bank
               paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Debtor Deborah L. James r.mcneill@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | |
|---|---|
| In re | Case No. 12 - 16307 |
| Deborah L. James | (Chapter 13) |
| Debtor. | |
| | Hon. Magdeline D. Coleman |

### ORDER

AND NOW, this 27th day of June, 2017, upon consideration of Debtor's Motion for Return of Unclaimed Funds, and any responses thereto, it is hereby ORDERED that:

a) Debtor's Motion for Return of Unclaimed Funds is APPROVED; and

b) the Clerk shall release the unclaimed funds of $54.52 (Receipt Number 247959) to Debtor.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. James
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: