UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | Case No.  12 - 16307 |
|   Deborah L. James | : | (Chapter 13) |
|       Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

# CERTIFICATE OF NO RESPONSE

  Pursuant to Local Rule 9014-3(i) of the Federal Rules for Bankruptcy Procedure for the Eastern District of Pennsylvania, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion for Return of Unclaimed Funds and its Notice of Motion were served upon all interested parties via electronic means, via hand delivery and/or via first class postage prepaid on June 30, 2017, that more than fourteen (14) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: July 18, 2017
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
  r.mcneil1@verizon.net