United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-16307-mdc
Deborah L. James                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 25, 2017
                              Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
```
db              Deborah L. James,    Kemble Park Apts,    5700 Ogontz Avenue,    Apt #407A,
                 Philadelphia, PA 19141-1217
12797128       +Aria Health Torresdale,    Patient Billing,    3998 Red Lion Road,    Philadelphia, PA 19114-1439
12886377       +CAPITAL ONE BANK (USA), N.A.,     PO Box 12907,    Norfolk VA 23541-0907
12797130        Cheri W. Robinson, Esquire,    426 Pennsylvania Avenue, Suite 203,
                 Ft. Washington, PA 19034-3410
12905202      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
12797131        Dell, Inc.,    Financial Services,    One Dell Way,    Round Rock, TX  78682-0001
12830840       +FC Funding LLC c/o Flagship Credit Acceptance LLC,     c/o J. Ward Holliday & Assoc. P.C.,
                 501 Elm Street, Suite 400, LB 13,     Dallas, TX 75202-3303
12830841       +FC Funding LLC c/o Flagship Credit Acceptance LLC,     P.O. Box 975658,    Dallas, TX 75397-5658
12945076        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12797134       #HFC/HSBC Bank/Household Bank,    Consumer Bankruptcy Department,     961 Weigel Drive,
                 Elmhurst, IL   60126-1058
12797133       +HSBC Bank USA, N.A.,    Office of General Counsel,    452 Fifth Avenue, 2nd Floor,
                 New York, NY 10018-2333
12797137       +PayLink Payment Plans, LLC,    300 So. Wacker Drive, Suite 2250,    Chicago, IL 60606-6680
12832697       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12897989        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
12797140       +Sovereign Bank,    33 South 7th Street,    P.O. Box 4060,    Allentown, PA 18105-4060
12797142        TJ Maxx, a/k/a, TJX Companies, Inc.,     Bankruptcy Department,    770 Cochituate Road,
                 Framingham, MA  01701-4666
12976672        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 26 2017 01:36:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2017 01:36:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2017 01:41:21
                 Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX  77210-4457
12797129        E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 01:33:44      CareCredit, LLC,    c/o GE Capital,
                 P.O. Box 960061,    Orlando, FL 32896-0061
12797132        E-mail/Text: bankruptcy@flagshipcredit.com Jul 26 2017 01:36:31
                 Flagship Credit Acceptance, LLC,     3 Christy Drive, Suite 203,    Chadds Ford, PA  19317-9667
12843644        E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2017 01:33:44      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
12797135        E-mail/Text: cio.bncmail@irs.gov Jul 26 2017 01:36:18      Internal Revenue Service,
                 Bankruptcy Division,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12934225        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2017 01:41:15      Midland Funding LLC,
                 by American InfoSource LP as agent,     PO Box 4457,    Houston, TX  77210-4457
13024173       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2017 01:41:15
                 PRA Receivables Management, LLC,     POB 41067,    Norfolk, VA 23541-1067
12797138        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2017 01:36:26
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0496
12797139        E-mail/Text: bankruptcy@phila.gov Jul 26 2017 01:36:41      Philadelphia Law Department,
                 Bankruptcy Unit,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12879944        E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2017 01:34:11      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12840147       +E-mail/Text: cop@santander.us Jul 26 2017 01:36:20      SOVEREIGN BANK, N.A.,
                 SOVEREIGN BANK, N.A.,    ATTN: BANKRUPTCY DEPARTMENT,    601 PENN STREET,
                 MAILCODE: 10-6438-FB4,    READING, PA 19601-3544
12797141        E-mail/Text: appebnmailbox@sprint.com Jul 26 2017 01:36:27      Sprint Nextel,
                 Bankruptcy Department,    2001 Edmund Halley Drive,    Reston, VA  20191-3436
12966186        E-mail/Text: philadelphia.bnc@ssa.gov Jul 26 2017 01:36:33      Social Security Administration,
                 Mid-Atlantic Program Service Center,     300 Spring Garden Street,    Philadelphia, PA 19123-2992
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +FC Funding LLC c/o Flagship Credit Acceptance LLC,     c/o J. Ward Holliday & Assoc. P.C.,
                 501 Elm St., Suite 400, LB 13,    Dallas, TX 75202-3303
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12797136*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     Office of District Counsel,
                 701 Market Street, Suite 2200,    Philadelphia, PA  19106-1533)
12976673*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

```
District/off: 0313-2               User: John                  Page 2 of 2                  Date Rcvd: Jul 25, 2017
                                   Form ID: pdf900             Total Noticed: 32
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
```
              D. TROY SELLARS    on behalf of Creditor    SOVEREIGN BANK, N.A. D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    SOVEREIGN BANK, N.A, AS SERVICER FOR THE MORTGAGEE OF
               RECORD paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    SOVEREIGN BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Sovereign Bank, N.A. F/K/A Sovereign Bank
               paeb@fedphe.com
              RONALD G. MCNEIL    on behalf of Debtor Deborah L. James r.mcneill@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | |
|---|---|
| In re | : Case No. 12 - 16307 |
| Deborah L. James | : (Chapter 13) |
| Debtor. | : |
| | : Hon. Magdeline D. Coleman |

## ORDER

AND NOW, this 20th day of July, 2017, upon consideration of Debtor's Motion for Return of Unclaimed Funds, and any responses thereto, it is hereby

ORDERED that:

a) Debtor's Motion for Return of Unclaimed Funds is APPROVED;

b) the Clerk shall release the unclaimed funds of $224.20 (Receipt Number 248434) to Debtor.

BY THE COURT:

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

Copies to:
Debtor: Deborah L. James
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Office of the Trustee
Creditors: