United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-16307-mdc
Deborah L. James                                                      Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Oct 30, 2017
                              Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
db         Deborah L. James,    Kemble Park Apts,    5700 Ogontz Avenue,    Apt #407A,
          Philadelphia, PA   19141-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
         D. TROY SELLARS    on behalf of Creditor    SOVEREIGN BANK, N.A. D.Troy.Sellars@usdoj.gov
         JEROME B. BLANK    on behalf of Creditor    SOVEREIGN BANK, N.A, AS SERVICER FOR THE MORTGAGEE OF
          RECORD paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    SOVEREIGN BANK, N.A. paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         MARIO J. HANYON    on behalf of Creditor    Sovereign Bank, N.A. F/K/A Sovereign Bank
          paeb@fedphe.com
         RONALD G. MCNEIL    on behalf of Debtor Deborah L. James r.mcneill@verizon.net
         THOMAS I. PULEO    on behalf of Creditor    FC Funding LLC c/o Flagship Credit Acceptance LLC
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                           : Chapter 13

Deborah L. James                                                                 : Case No. 12−16307−mdc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , October 30, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

          By The Court

          Magdeline D. Coleman
          Judge , United States Bankruptcy Court